Date: 01/07/11   **DIVIDENDS REMITTED TO THE COURT**   151702   Page: 1

Case Number 09-20766 - PHILLIPS, MICKEY LEE

| Creditor | Claim No. | | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 000005 | CHK 107 | 285.40 | 3.68 |
| Dr. John R. Smith & Associates<br>4690 Midway Mall<br>Elyria, OH 44035-0000 | 000007 | CHK 109 | 197.37 | 2.55 |
| COLUMBIA GAS OF OHIO<br>200 CIVIC CENTER DRIVE, 11TH FLOOR<br>COLUMBUS, OHIO 43215 | 000008 | CHK 110 | 143.60 | 1.85 |

---------- Remittance Total ---------------   626.37   8.08

*[signature]*
LAUREN A. HELBLING, Trustee

FILED 2011 JAN 13 PM 3:46
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND